No. D–1872. IN RE DISBARMENT OF MANNS. Dollie Stafford Manns, of Bloomington, Ind., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.